UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUSCH BLACKWELL LLP,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | ) | Civil Action No. 1:24-cv-02733 (JDB) |

**DECLARATION OF STEVEN NEELEY IN SUPPORT OF**
**PLAINTIFF HUSCH BLACKWELL'S MOTION FOR SUMMARY JUDGMENT**

I, Steven A. Neeley, declare:

1. I am one of the attorneys of record for Plaintiff Husch Blackwell LLP in the above-captioned case. I submit this declaration in support of Husch Blackwell's Motion for Summary Judgment, which is being filed contemporaneously with this Declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of a series of emails between: (i) myself and my colleagues, Julia Shagovac Kopcienski and George "Trip" Stewart, and (ii) counsel for Defendants, dated between November 2024 and April 2025.

3. Attached hereto as **Exhibits B through K** are true and correct copies of ten (10) cover emails and their attachments, document productions from Defendants separated into ten (10) individual PDFs, dated March 21, 2025.

4. Attached hereto as **Exhibit L** is a true and correct copy of Defendant Department of Commerce's Determination Letter, dated April 11, 2025.

5. Attached hereto as **Exhibit M** is a true and correct copy of Defendant BIS' Determination Letter, dated May 15, 2025.

6. Attached hereto as **Exhibit N** is a true and correct copy of Defendant's second interim document production, dated May 15, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2025

/s/ *Steven A. Neeley*
Steven N. Neeley

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Declaration was served on Defendant via CM/ECF, per LCvR 5.4(d)(1), this 23rd day of May 2025 to the following:

Jeanine Ferris Pirro
United States Attorney

Brian P. Hudak
Chief, Civil Division

Debra S. Curteman
Assistant United States Attorney

601 D Street, NW
Washington, DC 20530
(202) 252-2550

*Attorneys for the United States of America*

*/s/ Steven A. Neeley*
Steven A. Neeley



HB: 4929-6300-9606.2