# EXHIBIT A

**From:** Curteman, Dedra (USADC)
**To:** Kopcienski, Julia
**Cc:** Neeley, Steve; Curteman, Dedra (USADC)
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP
**Date:** Friday, April 4, 2025 3:33:48 PM
**Attachments:** image001.png

[EXTERNAL EMAIL]

Hi Julia,

As an update, the appeal determination will be sent out by COB Tuesday with the signed determination cover letter that will follow soon after that time.

Best,

Dedra

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Wednesday, April 2, 2025 10:22 AM
**To:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Julia,

We anticipate the determination letter to be sent out by this Friday. As to whether the 3/21 productions constitute the complete responsive productions in response to the original FOIA request, I cannot give you a definitive answer at this juncture.

Per your request, I have asked that the agency add you to further productions.

Best,

Dedra

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Tuesday, April 1, 2025 4:11 PM
**To:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>
**Subject:** [EXTERNAL] FW: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Hi Dedra,

Thank you for your calls yesterday. We have now had a chance to review BIS' supplemental response and production. However, we still have not received the "determination letter (that includes appeal rights and identifies the withholding authority, and exemptions asserted )" that the BIS representative indicated would be forthcoming. Can you please advise when we should expect to receive this letter? Please also advise whether the 3/21 productions constituted the complete responsive productions in response to the original FOIA request, or whether we will be receiving further productions (either along with or separate from the final determination letter).

Separately, as requested yesterday, can you please ask the agencies if they would be able to add me as a recipient on any further productions or appeal responses, or related correspondence? As I mentioned, George (Trip) Stewart is no longer with Husch Blackwell, so Steve Neeley (copied) and myself should be the recipients on any further correspondence.

Please feel free to call if it's easier to discuss.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Friday, March 28, 2025 1:04 PM
**To:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Hi Dedra,

I hope you have been well. I wanted to check in regarding the appeal determination and document production status. As you know, the Government has repeatedly indicated documents and an appeal determination would be forthcoming, and the Court has required a final determination and production of documents to be made before the cross-motions deadline on April 15, 2025:

- March 14, 2025 Joint Status Report, *Defendant Statement*: "At this time, Defendants believe a partial determination and production will be made **the week of March 17, 2025**, a supplemental production and final determination will be made on approximately ten additional pages promptly after consultations are complete, and supplemental productions will be made promptly if either the responsive documents are declassified, or a determination is made that it is in the national interest to release additional information."
- March 20, 2025 Minute Order: "Upon consideration of the parties' joint status report and the entire record herein, and **the Court's expectation that the government will render final determinations as to plaintiff's administrative appeal and produce the corresponding documents *prior to these deadlines***, it is hereby ORDERED that the briefing schedule is amended as follows: the parties shall submit any cross-motions for summary judgment by not later than April 15, 2025...."

We expected to hear an update last week. Please promptly advise when we can expect a **final** appeal determination and corresponding document production.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Friday, March 14, 2025 9:08 AM
**To:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>; Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

[EXTERNAL EMAIL]

Thank you, Julia! Have a nice weekend.

-Dedra

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Friday, March 14, 2025 9:07 AM
**To:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>
**Subject:** [EXTERNAL] RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Thanks Dedra. We will get this filed today.

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**

Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Thursday, March 13, 2025 4:04 PM
**To:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>; Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

[EXTERNAL EMAIL]

Hi Julia,

Thanks for your patience and taking a first stab at this draft. I have left your position, inserted our position, and have added a few citations to the second paragraph (including citations to the record). Please find a draft attached and let me know of any changes.

Best,

Dedra

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Thursday, March 13, 2025 2:19 PM
**To:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>
**Subject:** [EXTERNAL] RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Dedra,

We still have not received a production of documents or a formal response to our appeal, despite repeated indications one or both would be forthcoming. As such, we must proceed on the assumption that this pattern from the Government will continue, and are preparing to file our motion for summary judgment according to the schedule set forth by the Court. This position is reflected in the attached draft Joint Status Report.

Please add your position to the draft so we can file by the deadline tomorrow.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Thursday, March 6, 2025 1:53 PM
**To:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>; Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

[EXTERNAL EMAIL]

Hi Julia,

We have not yet received the appeal determination and anticipate that we will receive one on Monday. I'll be in touch once we know more early next week.

-Dedra

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>

**Sent:** Tuesday, March 4, 2025 11:17 AM
**To:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>
**Subject:** [EXTERNAL] RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Hi Dedra,

Hope you've been well.

I wanted to check in on the above-captioned FOIA matter. In the Joint Status Report filed on February 10, 2025, the Government indicated that "Commerce believes a production of documents responsive to Plaintiff's FOIA requests can likely be made by February 28, 2025." We have not received any documents. Can you advise as to if and when we should expect a production? As you know, the Court has requested another Joint Status Report "informing [it] of the status of any document productions" by March 14, so we would ask that the Government provide us with an update as to its anticipated production before that date.

Please give me a call if you'd like to discuss.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Monday, February 10, 2025 6:39 PM
**To:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>; Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

[EXTERNAL EMAIL]

Julia,

Attached is the draft with our portion inserted. Please let me know if you have any other changes and if not, do you mind handling the filing?

Thanks!

Dedra

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Monday, February 10, 2025 4:05 PM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>
**Subject:** [EXTERNAL] RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Sounds good, thanks for the update Dedra.

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Monday, February 10, 2025 3:44 PM
**To:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>

**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>; Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

[EXTERNAL EMAIL]

Julia,

Looping back on this. We are likely going to ask for briefing at the end of March with a justification as to that position. I'm not in a place to share our version of the drat but will do so once I am.

Best,

Dedra

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Monday, February 10, 2025 11:48 AM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>
**Subject:** [EXTERNAL] RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Hi Dedra,

Thanks for your message. We are still conferring internally, but I wanted to give you a heads up given today's deadline: we are most likely going to be asking the Court for the March 10 cross-motion filing deadline as originally indicated, given Commerce's inability to provide a date certain for the production of documents. I will let you know if this position changes, but for now, please consider the attached draft (the same one we sent you last week) to be our current position and the one we intend to submit to the Court today. Please fill out the Government's portion of the draft accordingly so we can file today.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Sunday, February 9, 2025 1:13 PM
**To:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>; Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

[EXTERNAL EMAIL]

Hi Julia,

Thanks so much for the time in conferring with your team. Unfortunately, I am unable to give you a date certain because of the many moving parts within Commerce that have to get this done. I have, however, impressed upon Agency counsel the need to get you a determination asap so that the parties have time to meet and confer before any briefing. You also have my promise that I will check in weekly with them.

Best,

Dedra

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Sunday, February 9, 2025 1:10 PM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>

**Subject:** [EXTERNAL] RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Dedra,

Thank you for your call on Friday. As promised, I conferred with my team, and have a follow-up question: if we agree to ask the Court for a deadline for submission of cross-motions of April 4, 2025, can the Government commit to a date certain by when it will produce documents, such that Husch Blackwell will have time to review the adequacy of the production before cross-motions would be due?

Feel free to call me any time today or tomorrow to discuss.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Friday, February 7, 2025 9:54 AM
**To:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Dedra,

As a follow up to my email below, here is a draft Joint Status Report containing our current position. Please add the Government's position so we can file on Monday. If the Government has changed its position in any way, please let me know if you would like to set a time to discuss.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Thursday, February 6, 2025 11:12 AM
**To:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Dedra,

Our position will be essentially the same as what we stated in the last JSR: we have not received a response to our February 26, 2024 appeal, we believe the Government has had ample time to consider its withholding decision, and we would request that the Court proceed with setting a briefing schedule.

Please let me know if you have any questions or would like to discuss further.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344

Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Thursday, February 6, 2025 11:07 AM
**To:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>; Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

[EXTERNAL EMAIL]

Julia,

To be clear, what is your position?

Best,

Dedra

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Thursday, February 6, 2025 11:05 AM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; El, Ruth <Ruth.El@huschblackwell.com>
**Subject:** [EXTERNAL] RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Hello Ms. Curteman,

I hope you are doing well. I am writing in response to your email from January 13th. As the Joint Status Report due date is rapidly approaching (next **Monday, February 10, 2025**), I wanted to check in and see if the government has any updates or information to share in advance of the deadline.

Please note that our position on the case will remain unchanged unless we receive further communication from the government.

Please let us know how you would like to proceed.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**
Direct: 202-378-5344
Mobile: 440-781-7710
Julia.Kopcienski@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Monday, January 13, 2025 4:49 PM
**To:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>; Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

[EXTERNAL EMAIL]

Thanks, Julia.

**Dedra S. Curteman**
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
601 D Street NW, Washington, D.C. 20530
(202) 252-2550 (office)
(202) 809-0776 (cell)

dedra.curteman@usdoj.gov

---

**From:** Kopcienski, Julia <Julia.Kopcienski@huschblackwell.com>
**Sent:** Monday, January 13, 2025 4:48 PM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Cc:** Neeley, Steve <Steve.Neeley@huschblackwell.com>
**Subject:** [EXTERNAL] Case No. 1:24-cv-02733 (DDC) - New Counsel for Husch Blackwell LLP

Dear Ms. Seibel Curteman,

I am writing regarding the matter of *Husch Blackwell LLP v. Department of Commerce, et al.*, No. 1:24-cv-02733-JDB (D.D.C.). As you are aware from our recent filings, my colleague Steve Neeley (copied here) recently replaced our colleague George Stewart as counsel of record on this matter after Mr. Stewart departed our firm. Please address any future communications regarding this matter to myself and Mr. Neeley.

We will plan to reach out to you in the next few weeks to discuss the upcoming February 10 deadline for the next Joint Status Report, but please let us know if you would like to confer before then.

Thank you,
Julia

**Julia S. Kopcienski (formerly Shagovac)**
**Attorney**

**HUSCH BLACKWELL**
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20006-3606
Direct: 202-378-5344
Mobile: 440-781-7710
Fax: 202-378-2319
Julia.Kopcienski@huschblackwell.com
huschblackwell.com

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service.**
**Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions to our clients' most complex challenges.**

[redacted]

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Wednesday, December 11, 2024 10:50 AM
**To:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Cc:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

[EXTERNAL EMAIL]

George,

There has been progress in this case—the Agency is actively reviewing the exemptions to determine if the exemptions will stand (as laid out in the JSR). This process takes time, however. We need the full 60 days, so please feel free to insert your competing view and send back to me.

Best,

Dedra

---

**From:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Sent:** Wednesday, December 11, 2024 10:18 AM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

Dedra,

We are in receipt of the draft JSR.

We take issue with the government's position regarding an additional 60 days to review. We submitted our FOIA requests over a year ago on September 27, 2023, and we are now quickly approaching the one-year mark for both the agency's denial and the filing of our appeal. Our request is seeking only one document and its exhibits, so we are unclear why another 60 days is needed to review. The agency has had plenty of time at this point.

I would prefer not to lay out differing stances in the JSR, but we cannot agree to another 60 days before there is any progress in this case. Please advise whether the government is amenable to setting out a date certain for a determination before EOY and a subsequent briefing schedule, if needed.

Regards,

**George Stewart**
**Senior Associate**
Direct: 202-378-2307
George.Stewart@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Tuesday, December 10, 2024 3:37 PM
**To:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Cc:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

[EXTERNAL EMAIL]

Stewart,

Please find a draft JSR attached and let me know of any changes.

Best,

Dedra

**Dedra S. Curteman**
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
601 D Street NW, Washington, D.C. 20530
(202) 252-2550 (office)
(202) 809-0776 (cell)
dedra.curteman@usdoj.gov

---

**From:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Sent:** Monday, December 9, 2024 3:35 PM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

Thanks, much appreciated.

**George Stewart**
**Senior Associate**
Direct: 202-378-2307
George.Stewart@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Monday, December 9, 2024 2:18 PM
**To:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Cc:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

[EXTERNAL EMAIL]

George,

My agency contact had to unexpectedly leave today to take his child to the doctor, so the earliest I could get it to you is tomorrow. If there are any disagreements, you can insert your own position.

Best,

Dedra

---

**From:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Sent:** Monday, December 9, 2024 2:17 PM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

Is there any chance we can get this sooner? We are supposed to file by Thursday, so I would like to build in some time here if there are any disagreements.

I'm also happy to jump on a call just to discuss general timing matters. Please let me know.

Regards,

**George Stewart**
**Senior Associate**
Direct: 202-378-2307
George.Stewart@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Monday, December 9, 2024 1:04 PM
**To:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Cc:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

[EXTERNAL EMAIL]

Hi there,

I should have the draft to you by Wednesday.

Best,

Dedra

---

**From:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Sent:** Monday, December 9, 2024 12:21 PM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

Good afternoon,

I wanted to follow up on the below. Please let me know when you think you'll have the draft ready.

Regards,

**George Stewart**
**Senior Associate**
Direct: 202-378-2307
George.Stewart@huschblackwell.com

---

**From:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Sent:** Monday, November 25, 2024 12:28 PM
**To:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>

**Subject:** RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

That works for me. Thanks.

**George Stewart**
**Senior Associate**
Direct: 202-378-2307
George.Stewart@huschblackwell.com

---

**From:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Sent:** Monday, November 25, 2024 11:00 AM
**To:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Cc:** Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov>
**Subject:** RE: Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

[EXTERNAL EMAIL]

Good morning, George,

I will forward you a draft of the Joint Status Report as soon as it is available and in advance of our December 12 deadline (hopefully by the beginning of that week, December 9). If you have any questions after you receive the draft from me, you may feel free to give me a call.

Best,

Dedra

**Dedra S. Curteman**
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
601 D Street NW, Washington, D.C. 20530
(202) 252-2550 (office)
(202) 809-0776 (cell)
dedra.curteman@usdoj.gov

---

**From:** Stewart, Trip <George.Stewart@huschblackwell.com>
**Sent:** Monday, November 25, 2024 10:58 AM
**To:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Subject:** [EXTERNAL] Husch Blackwell v. Department of Commerce, et al., 1:24-CV-02733

Counsel,

I represent Husch Blackwell in the above-referenced matter. I am reaching out to see whether you have any availability the week of December 2nd for the meet and confer directed by the Court. I think it is probably prudent to get something on the calendar sooner rather than later given we are rapidly approaching holiday season.

Please let me know a few dates and times that work for you. Tuesday morning and Wednesday are generally open for me as of now.

Regards,

**George Stewart**
**Senior Associate**

**HUSCH BLACKWELL**
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20006-3606
Direct: 202-378-2307
Fax: 202-378-2319
George.Stewart@huschblackwell.com
huschblackwell.com
vBio | vCard

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service. Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions to our clients' most complex challenges.**