UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUSCH BLACKWELL LLP,<br><br>      Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF COMMERCE, et al.,<br><br>      Defendants. | Civil Action No. 24-2733 (JDB) |

## PLAINTIFF'S STATUS REPORT

In a September 12, 2025, Order (ECF No. 29), the Court ordered the parties to file a "joint status report, including supplements to the record as necessary, clarifying which documents remain in dispute." Order at 2. "In the event the parties cannot agree," the Court added, "separate reports may be submitted." *Id.*

Counsel for Plaintiff and counsel for Defendants were conferring about the content of a joint status report and were making progress toward mutual agreement. On October 1, however, counsel for Defendants was furloughed due to the lapse in appropriations. As a result, Plaintiff submits this status report on its own.

Plaintiff submits that the following documents, as described in Defendants' *Vaughn* index, remain in dispute:

| Doc. No. | No. of Pgs. | Document Description | Withholding Justification | Exemption Claimed |
|---|---|---|---|---|
| 16 | 10 | Memorandum for Interagency ERC members regarding addition to the Entity List | "The withheld document is a memorandum prepared for the interagency ERC members regarding additions to the Entity List." | Exempt. 3 |
| 17, 18 | 4 | Memorandum for Interagency ERC members regarding addition to the Entity List | "The withheld document is a memorandum prepared for the ERC members regarding additions to the Entity List." | Exempt. 3 |

| Doc. No. | No. of Pgs. | Document Description | Withholding Justification | Exemption Claimed |
|---|---|---|---|---|
| 18 | 4 | Memorandum for ERC members regarding addition to the Entity List | "The withheld document is a memorandum prepared for the ERC members regarding additions to the Entity List." | Exempt. 3 |
| 22 | 8 | Memorandum for ERC members regarding addition to the Entity List | "The withheld document is composed of a memorandum prepared for the ERC members regarding additions to the Entity List." | Exempt. 3 |
| 54–56 | 4, 10 | Memorandum regarding the addition of companies to the Entity List | "The information withheld in this document relates to proposals and supporting information for additions to the Entity List." | Exempt. 3 |
| 73, 74 | 5, 8 | Memorandum regarding adding entities to the Entity List | "The withheld memorandum discusses proposed entities for placement on the Entity List and supporting information." | Exempt. 3 |
| 87, 88, 93, 94, 97–99, 104, 106, 112, 114, 118, 120 | 3, 4, 6, 7, 8 | Memorandum regarding additions to the Entity List and supporting information | "The withheld memorandum contains proposed entities to be included on the Entity List and supporting information." | Exempt. 3 |
| 14, 44 | 3 | Memorandum for the Advisory Committee on Export Policy (ACEP) | The withheld document is a memorandum that was addressed to the ACEP regarding additions to the Entity List. | Exempt. 3 |
| 68 | 3 | Memorandum prepared for the ACEP | The withheld memorandum was prepared for the ACEP and outlines proposed additions to the Entity List with supporting information. | Exempt. 3 |
| 84, 101, 108 | 3, 4, 8 | Memorandum to the ACEP | The withheld memorandum contains proposed entities to be included on the Entity List and supporting information. | Exempt. 3 |
| 90 | 3 | Memorandum to the ACEP | The withheld memorandum was prepared for the ACEP and contains information relating to the entities being proposed for inclusion on the Entity List. | Exempt. 3 |

| Doc. No. | No. of Pgs. | Document Description | Withholding Justification | Exemption Claimed |
|---|---|---|---|---|
| 121 | 13 | Classified document from non-attribution agency related to adding entities to the Entity List and providing supporting information for the addition to the Entity List | The information is classified at the TS/SCI level. The release of this information will cause grave damage to the national security posture of the United States or its allies. The classified document is related to adding entities to the Entity List and providing supporting information. | Exempt. 1 |

Other than the documents listed above, Plaintiff submits that no other documents remain in dispute. This includes all documents withheld under Exemption 5 and all documents—other than those listed above—withheld under other exemptions.

Dated: October 3, 2025                         Respectfully submitted,


By: /s/ Joseph S. Diedrich
Steven A. Neeley (D.C. Bar # 998792)
Joseph S. Diedrich (*Admitted Pro Hac Vice*)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
Telephone: (202) 378-2331
Facsimile: (202) 378-2319
steve.neeley@huschblackwell.com
joseph.diedrich@huschblackwell.com

*Counsel for Plaintiff*