UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUSCH BLACKWELL, LLP,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | Civil Action No. 24-2733 (JDB) |

### DEFENDANTS' SECOND SUPPLEMENTAL BRIEF ON THE APPLICABILITY OF FOIA EXEMPTION 3 TO THE DISPUTED RECORDS

Pursuant to the Court's February 26, 2026 Order (ECF No. 38), Defendants submit this supplemental brief "explaining its bases for withholding the eight memoranda identified," (Documents 14, 22, 98, 106, 112, 114, 118, and 120).[1] These documents, as explained in the descriptions below, should be withheld in full pursuant to Exemption 3 because they contain information expressly exempted from disclosure by one or more provisions of 50 U.S.C. § 4820(h)(1)(B). *See Ancient Coin Collectors Guild v. U.S. Dep't of State*, 641 F.3d 504, 511-12 (D.C. Cir. 2011) (noting that Exemption 3 withholdings may be based on more than one section of a statute). Defendants therefore renew their request that this Court grant summary judgement in their favor.

**Doc. No. 118: (000498-000504) (7 pages) dated October 3, 2022**
**Memorandum to End-User Review Committee ("ERC"), titled "Entity List Recommendation: Yangtze Memory Technologies Co., Ltd. and its subsidiaries and Hefei Core Storage"**

This document contains: (1) a summary of ERC procedures and calls for a vote on the recommended action; (2) open-source information providing background on Yangtze Memory Technologies Co., Ltd.'s ("YMTC") and other companies; (3) information regarding YMTC's

---

[1] The documents are presented below in chronological order by document date rather than by document number.

1

linkages with certain foreign governments and private companies; (4) information regarding corporate structure and capabilities of some companies related to YMTC; (5) information about a BIS investigation into a separate company; and (6) information about export transactions submitted by exporters via Electronic Export Information ("EEI").

- The information identified in categories (1) through (5) listed above was obtained in the course of then-ongoing BIS investigations of potential violations of the Export Administration Regulations ("EAR"). As such, it is information obtained in connection with an "enforcement activity" exempted from disclosure under § 4820(h)(1)(B)(iv).

- The information identified in category (6) listed above is comprised of information about export transactions submitted by exporters via EEI. This includes "information submitted or obtained in connection with an application for a license or other authorization," *id.* § 4820(h)(1)(B). As a defined "export control document" in the EAR, *see* 15 C.F.R. § 772.1, EEI documents also are subject to BIS's recordkeeping requirements, *see* 15 C.F.R. § 762.2(a)(1). Therefore, the EEI information is "information submitted or obtained in connection with . . . . a recordkeeping or reporting requirement," § 4820(h)(1)(B).

**Doc. No. 112: (000476-000482) (7 pages) dated October 4, 2022**
**Memorandum to ERC, titled "Entity List Recommendation: Yangtze Memory Technologies Co., Ltd. and Hefei Core Storage addendum."**

This document contains: (1) a list of the entities proposed for addition to the Entity List, including name and address of the entities and proposed license requirements and review policies; (2) information about the rationale for separate entities previously added or considered for addition to the Entity List and open-source information regarding uses of the entities' technology and customer information; (3) open-source information regarding the national security risk presented by YMTC and Hefei; (4) information about a law enforcement investigation into a separate company; (5) information about steps taken and tactics used by BIS as part of then-ongoing investigations of potential violations of the EAR; (6) information regarding YMTC's linkages with certain foreign governments and private companies; (7) information regarding corporate structure

and capabilities of some companies related to YMTC; (8) information about export transactions submitted by exporters via EEI; and (9) information regarding the composition of a product for which a license had been requested, the determination of that license request, and information about a specific license requirement BIS imposed on particular transactions.

- The information identified in categories (1) and (2) above was "submitted or obtained in connection with . . . other operations under this subchapter," *id.* U.S.C. § 4820(h)(1)(B), because they are ERC records.

- The information identified in categories (3) through (7) listed above was obtained in the course of then-ongoing BIS investigations of potential EAR violations. As such, it is information obtained in connection with an "enforcement activity" exempted from disclosure under § 4820(h)(1)(B)(iv).

- The information identified in category (8) listed above is comprised of information about export transactions submitted by exporters via EEI. This information is exempt for the same reasons as described with respect to Doc. No. 118 above.

- The information identified in category 9 above was "submitted or obtained in connection with an application for a license or other authorization," *id.* § 4820(h)(1)(B). It was also obtained in the course of then-ongoing BIS investigations of potential EAR violations. As such, it is information obtained in connection with an "enforcement activity" exempted from disclosure under § 4820(h)(1)(B)(iv).

**Doc. No. 114: (000486-000492) (7 pages); Doc. No. 120: (000508-000513) (7 pages)**

Documents 114 and 120 are duplicates of Document 112.

**Doc. No. 106: (000459-000462) (4 pages) dated October 5, 2022**
**Memorandum to ERC Members, titled "Entity List: Addition of Yangtze Memory Technologies Co., Ltd. And Related Entities."**

This document contains a summary of relevant prior actions by the ERC regarding YMTC, Yangtze Memory Technologies (Japan) Inc. ("YMTJ"), Hefei, and two other companies, including the results and effect of a recent ERC vote. The information contained in this document was

3

obtained in the course of the enforcement investigations described in Documents 112 and 118, and is thus exempted from disclosure under § 4820(h)(1)(B)(iv).

**Doc. No. 98: (000418-000421) (4 pages) dated November 14, 2022**
**Memorandum to ERC Members, titled "Entity List: Addition of Yangtze Memory Technologies Co., Ltd. And Related Entities."**

This document contains a summary of relevant prior actions of the Advisory Committee on Export Policy ("ACEP") and ERC related to YMTC, YMTJ, and Hefei, including the results of a recent ACEP vote and actions relating to a recent ACEP meeting. The information contained in this document was obtained in the course of the enforcement investigations described in Documents 112 and 118, and is thus exempted from disclosure under § 4820(h)(1)(B)(iv).

**Doc. No. 14: (000059-000061) (3 pages) dated December 1, 2022**
**Memorandum ACEP, titled "Supplement to Entity List Recommendation for Yangtze Memory Technologies Co., Ltd., Yangtze Memory Technologies (Japan) Inc., and Hefei Core Storage Electronic Limited."**

This document contains a summary of relevant prior actions of the ACEP and ERC related to YMTC, YMTJ, and Hefei and calls for a vote on additional action regarding YMTC and YMTJ. The information contained in this document is information obtained in the course of the enforcement investigations described in Documents 112 and 118 and is thus exempted from disclosure under § 4820(h)(1)(B)(iv).

**Doc. No. 22: (000088-000095) (8 pages) dated December 8, 2022**
**Memorandum to ERC Members, titled "Entity List: License Review Policy for Yangtze Memory Technologies Co., Ltd."**

Document 22 includes as an attachment a copy of Document 98, the November 14, 2022, Memorandum, which is discussed above. In addition, this document contains a summary of relevant prior actions of the ACEP and ERC related to YMTC, YMTJ, and Hefei, including the results and effect of a recent ERC vote and information regarding the rationale for each member's voting decision. The information contained in this document was obtained in the course of the enforcement investigations described in Documents 112 and 118, and is thus exempted from disclosure under § 4820(h)(1)(B)(iv).

\*\*\*

Additionally, Defendants continue to maintain that the eight documents, in their entirety, are ERC records covered by the "other operations under this subchapter" provision of § 4820(h)(1)(B). In this regard, the ERC ultimately makes two determinations for each entity placed on the Entity List: (1) license requirements; and (2) license review policies.[2] License requirements detail which category of items require a license (*e.g.*, all items subject to Commerce jurisdiction) when transactions involve a listed entity. License review policies detail considerations for the licensing officer when reviewing the license application (*e.g.*, "case by case," "presumption of denial," etc.). By establishing these parameters, the ERC is able to prospectively identify categories of items that, when sent to a specified end user, would require review through the licensing process.[3]

Accordingly, the information in these documents was obtained or submitted in relation to one, or more, of the activities identified in § 4820(h)(1)(B), and thus these documents are exempt from production, in their entirety, pursuant to FOIA Exemption 3.

Dated: March 13, 2026                    Respectfully submitted,

                            JEANINE FERRIS PIRRO
                            United States Attorney


                            By: */s/ Derrick A. Petit*
                            Derrick A. Petit, D.C. Bar No. 144466
                            Assistant United States Attorney
                            601 D Street, NW
                            Washington, DC 20530
                            (202) 252-7269
                            Derrick.Petit@usdoj.gov

                            *Attorneys for the United States of America*

---

[2] *See e.g.* 87 FR 77505, 509-518.
[3] *See* 87 FR 77505, 77509-18.